FILED

06/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

JUN 2 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

The Honorable John W. Parker, Judge of the District Court for the Eighth Judicial District of the State of Montana, has requested the assistance of retired District Judge Mike Salvagni to assume jurisdiction of Cascade County Cause Nos. DDI 21-010, *Matter of Ekoue E. Abalo*, and ADR-16-099, *Juan Anastasio Rodriguez v. Sharlee Joy Rodriguez.* Judge Parker also requests assistance with the Eighth Judicial District Adult Drug Treatment Court on June 30, 2021.

Judge Salvagni has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Eighth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Mike Salvagni, retired District Judge, is hereby called to active service in the District Court of the Eighth Judicial District of the State of Montana, to assume judicial authority of Cascade County Cause Nos. DDI 21-010, *Matter of Ekoue E. Abalo*, and ADR-16-099, *Juan Anastasio Rodriguez v. Sharlee Joy Rodriguez*, and to preside over the Eighth Judicial District Adult Drug Treatment Court on June 30, 2021. Judge Salvagni is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge Salvagni shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Cascade County, with the request that this Order be sent to all counsel of record in the above-listed matters.

4. A copy of this Order shall also be furnished to the Honorable John W. Parker, the Honorable Mike Salvagni, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 25 day of June, 2021.

_____
Chief Justice